```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :           22cr621(DLC)
            -v-                         :
                                        :           SEALED ORDER
CHAD ANDRESEN,                          :
                          Defendant.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

This case having been reassigned to this Court for all purposes, and having received the Government's letter of August 23, it is hereby

ORDERED that the United States Probation Office shall prepare a Presentence Investigation Report for the defendant. Counsel for the defendant shall arrange to have the defendant interviewed by the Probation Department within two weeks of this Order.

IT IS FURTHER ORDERED that sentence is scheduled for **December 19, 2024 at 2:30 PM** in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that any Government submissions regarding sentence shall be due **December 6,** and the defendant's submissions shall be due **December 13.** One courtesy copy shall be sent to Chambers on the date of filing.

Dated:   New York, New York
         August 29, 2024

                                        _____
                                               DENISE COTE
                                        United States District Judge